UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CATHY ROBERTSON**,

    Plaintiff,

v.                                        CASE NO. 3:15-cv-625-J-25JBT

**VIRGINIA COLLEGE, LLC**,

    Defendant.
_____/

## O R D E R

Pursuant to Plaintiff's Notice of Dismissal (Dkt. 13), it is

**ORDERED** that this action is **DISMISSED with prejudice**.  The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of March, 2016.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record